■ BIAGGI & BIAGGI, Respondent, v LOCAL 300, SERVICE EMPLOYEES INTERNATIONAL UNION, et al., Appellants. [679 NYS2d 57] —Order, Supreme Court, Bronx County (Stanley Green, J.), entered May 14, 1998, denying defendants' motion to dismiss plaintiff's complaint for failure to state a cause of action, unanimously affirmed, without costs.

The complaint of plaintiff law firm, alleging, *inter. alia*, that

the firm changed its position to its detriment by reason of its retainer agreements with the Union and Welfare Fund defendants, sufficiently states a claim for compensation according to the terms of those retainer agreements, notwithstanding the generally applicable rule that a client may discharge its attorney at will and, in so doing, relegate outgoing counsel to recover in quantum meruit for the value of its services (*see, Greenberg v Remick & Co.*, 230 NY 70; *Atkins & O'Brien v ISS Intl. Serv. Sys.*, 252 AD2d 446; *Ehrlich v Rebco Ins. Exch.*, 198 AD2d 58). Concur—Rosenberger, J. P., Nardelli, Mazzarelli, Andrias and Saxe, JJ.